UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 23-60070-CIV-DIMITROULEAS

FIRESTONE FINANCIAL, LLC,

    Plaintiff,

vs.

AMERICA'S ATM LLC, and
BRADFORD MICHAEL DANIEL,

    Defendants.
_____/

## NOTICE OF WITHDRAWAL OF DEFENDANTS' DEMAND FOR JURY TRIAL

Defendants, AMERICA'S ATM LLC ("ATM") and BRADFORD MICHAEL DANIEL ("DANIEL") (collectively, the "Defendants") by and through undersigned counsel, hereby files this Notice of Withdrawal of Defendants' Demand for Jury Trial, originally contained in the Defendants Answer and Affirmative Defenses [ECF No. 21], and as grounds therefore states:

1. In Defendants Answer and Affirmative Defenses, Defendants included a section titled "Demand for Jury Trial" which states "Defendants demand a jury trial on all issues so triable." [ECF No. 21, p. 9].

2. Due to various "Waiver of Jury Trial" provisions contained within the agreements that are the basis of Plaintiff's Second Amended Complaint [ECF No. 20], Defendants acknowledge that, at this time, there are no issues so triable by a jury. Therefore, Defendants seek to withdraw its Demand for Jury Trial.

3. Pursuant to Rule 38, "[a] proper demand [for jury trial] may be withdrawn only if the parties consent." Fed. R. Civ. P. 38(d).

4. Defendants' counsel conferred with Plaintiff's counsel, Matthew Krause, via email on May 15, 2023, and Plaintiff agrees to Defendants' withdrawal of their Demand for Jury Trial.

5. Accordingly, Defendants withdraw their Demand for Jury Trial.

Respectfully submitted,

**TRIPP SCOTT, P.A.**
*Attorneys for Defendants*
*America's ATM LLC and Bradford*
*Michael Daniel*
110 S.E. 6TH Street, Suite 1500
Fort Lauderdale, FL  33301
(Telephone) (954) 525-7500
(Facsimile)  (954) 761-8475

By: */s/ Corey D. Cohen*
CHARLES M. TATELBAUM
Florida Bar No. 177540
cmt@trippscott.com
hbb@trippscott.com
COREY D. COHEN
Florida Bar No. 1024891
cdc@trippscott.com
eservice@trippscott.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Motion to Withdraw Demand for Jury Trial was filed via this Court's CM/ECF system which sent notice to all those entitled to service on this 16th day of May, 2023.

By: */s/ Corey D. Cohen*
COREY D. COHEN